STATE OF NORTH CAROLINA v. CURTIS McDONALD HUGHES

No. 7521SC935

(Filed 7 April 1976)

APPEAL by defendant from *Walker, Judge.* Judgment entered 11 June 1975 in Superior Court, FORSYTH County. Heard in the Court of Appeals 10 March 1976.

The defendant, Curtis McDonald Hughes, was charged in a bill of indictment, proper in form, with the armed robbery of Ruby True in the amount of $63.65. The State's evidence tended to show that on the night of 19 December 1974 the defendant and another man entered a store attended by Ruby True and robbed her at gunpoint of cash and cigarettes and that one of the men while leaving shot at Ruby True. Defendant's evidence tended to establish an alibi for the time of the robbery.

From a verdict of guilty as charged and the imposition of a prison sentence of 15 to 18 years, defendant appealed.

*Attorney General Edmisten by Associate Attorney Alan S. Hirsch for the State.*

*R. Lewis Ray for defendant appellant.*

HEDRICK, Judge.

Defendant's counsel concedes that he has been unable to find any error "of significance or consequence." Nevertheless, we have carefully reviewed the record and find that the defendant had a fair trial free from prejudicial error.

No error.

Judges MORRIS and ARNOLD concur.